IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

AMERICAN GENERAL LIFE INS. CO.,   )
   )
   Plaintiff,   )
   )
   v.   )   CIVIL ACT. NO. 3:20-cv-880-ECM
   )
BARBARA ANN STEWART, *et al*.,   )
   )
   Defendants.   )

**MEMORANDUM OPINION and ORDER**

Now pending before the Court is the Parties' Joint Motion for Discharge of Plaintiff American General Life Insurance Company ("American General") from further liability pursuant to 28 U.S.C. § 2361 and for an Order to Pay the Policy Benefit to Barbara Ann Stewart (doc. 11) filed on January 4, 2021.  This Interpleader action was filed to resolve conflicting claims to the death benefit due and payable pursuant to American General Life Insurance Company Annuity Certificate No. P61D3505980 issued to the late Harvey Stewart, Jr. (the "Death Benefit").  All parties that may have an interest in the Death Benefit have been named as Defendants in this action and have consented to the relief sought herein.  Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the Joint Motion (doc. 11) is GRANTED as follows:

1.     American General shall pay the Death Benefit to Barbara Ann Stewart in care of her attorney, James R. McKoon, Jr.

2.     American General is discharged with prejudice from any and all liability to the Defendants and to any person, firm, estate, corporation, or entity on account of or in

any way related to American General Life Insurance Company Annuity Certificate No. P61D3505980 issued to the late Harvey Stewart, Jr. and/or related to the handling or processing of any claims made under American General Life Insurance Company Annuity Certificate No. P61D3505980 issued to the late Harvey Stewart, Jr.

3.      Defendants, and each of their respective attorneys, representatives, successors, assigns, and heirs are permanently enjoined from instituting or prosecuting against American General any proceeding in any state or United States Court or administrative tribunal relating to the death benefit payable under American General Life Insurance Company Annuity Certificate No. P61D3505980 issued to the late Harvey Stewart, Jr.

4.      American General is discharged from all further appearances or actions in this case, and from all liability for cost herein.

5.      The case is DISMISSED WITH PREJUDICE, and with costs taxed as paid.

A final separate judgment will enter.

DONE this 8th day of January, 2021.

                    /s/ Emily C. Marks
                    EMILY C. MARKS
                    CHIEF UNITED STATES DISTRICT JUDGE